UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOTT** | **CIVIL ACTION** |
| **VERSUS** | **No. 05-6046** |
| **MILLER,** *et al.* | **SECTION:  I/4** |

### ORDER

Before the Court is the report and recommendation of Magistrate Judge Roby with respect to the petition for writ of habeas corpus filed by *pro se* petitioner Zebedee Lott.  After a careful review of petitioner's habeas petition, Judge Roby determined that "this mixed petition containing both exhausted and unexhausted claims must be dismissed without prejudice to allow exhaustion, unless Lott withdraws the unexhausted claims or amends his complaint to raise only exhausted claims."[1]

In a timely response to Judge Roby's report and recommendation, petitioner states that he will withdraw the three claims that Judge Roby identified as unexhausted:  (1) petitioner's claim of ineffective assistance of counsel for failure to assure that he received notice of his rights under *Boykin*; (2) petitioner's claim that the court exceeded its jurisdiction because it never vacated the original sentence before imposing the multiple bill sentence; and (3) petitioner's claim that he was exposed to double jeopardy when he was sentenced as a multiple offender.[2]  Considering Judge Roby's report and recommendation and petitioner's compliance with her recommendation, petitioner's remaining claims should be referred to Judge Roby for a consideration of their

---

[1] Rec. Doc. No. 12, p. 16 (citations omitted).

[2] Rec. Doc. No. 13, p. 2; *see also* Rec. Doc. No. 12, pp. 15-16..

merits.

Accordingly,

**IT IS ORDERED** that the report and recommendation of Magistrate Judge Roby is **ADOPTED**, and consistent with petitioner's response, petitioner's claims:  1) for ineffective assistance of counsel for failure to assure that he received notice of his rights under *Boykin*; (2) that the court exceeded its jurisdiction because it never vacated the original sentence before imposing the multiple bill sentence; and (3) that petitioner was exposed to double jeopardy when he was sentenced as a multiple offender, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus be **REFERRED** to Magistrate Judge Roby for consideration of the merits of petitioner's remaining and exhausted claims.

New Orleans, Louisiana, March __19th__, 2007.

```
_____
       LANCE M. AFRICK
  UNITED STATES DISTRICT JUDGE
```