UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ZEBEDEE LOTT**                                                              **CIVIL ACTION**

**VERSUS**                                                                          **NO. 05-6046**

**JAMES D. MILLER (WARDEN OF THE**                                **SECTION "I"(4)**
**WASH. CORRECTIONAL INSTITUTION)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]

Therefore,

**IT IS ORDERED** that Zebedee Lott's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**..

New Orleans, Louisiana, this 31st day of October, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] In order to clarify the Report and Recommendation of the U.S. Magistrate Judge, the Court notes that the defendant's ineffective assistance of counsel claim is in procedural default. The trial court in the state habeas proceedings found Lott's ineffective assistance claim to be meritless. See St. Rec. Vol. 3 of 4, order dismissing application for post conviction relief, June 4, 2004. The appellate court in the state habeas proceedings denied Lott's writ application pursuant to Louisiana Code of Criminal Procedure article 930.3 — an independent and adequate state procedural bar. The federal court will not review the ineffective assistance of counsel claim, absent a showing of cause and prejudice or a showing that a complete miscarriage of justice would result. See Duncan v. Cain, 278 F.3d 537, 541 n.3 (5th Cir. 2002). For the reasons stated in the Report and Recommendation, Lott has not made the requisite showing.